**Nos. 22-11082 & 22-11392**

_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

_____

CENTRAL BAPTIST CHURCH OF ALBANY GEORGIA, INC.,
*Plaintiff / Appellee / Cross-Appellant*,

v.

CHURCH MUTUAL INSURANCE COMPANY,
*Defendant / Appellant / Cross-Appellee*.

Appeal & Cross-Appeal from the United States District Court
for the Middle District of Georgia, No. 1:16-cv-00231-LAG

_____

**JOINT STIPULATION TO VOLUNTARY DISMISSAL
OF CROSS-APPEAL**

_____

Case Nos. 22-11082 & 22-11392, *Central Baptist Church v. Church Mutual Insurance Co.*

# JOINT CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

The following persons and entities have an interest in the outcome of this case:

1. Bobbitt, Jonathan L. (Appellee/Cross-Appellant counsel)

2. Boyd, Nicholas (Appellant/Cross-Appellee counsel)

3. Central Baptist Church of Albany, Georgia Inc. (Appellee/Cross-Appellant)

4. Church Mutual Holding Company, Inc. (parent of Appellant/Cross-Appellee Church Mutual Insurance Company, S.I.)

5. Church Mutual Insurance Company, S.I. (Appellant/Cross-Appellee)

6. CM Regent Insurance Company

7. CM Select Insurance Company

8. CM Vantage Specialty Insurance Company

9. ~~Crossland, Donna Linn (Appellant/Cross-Appellee counsel)**~~

10. Daniel, Laurie Webb (Appellant/Cross-Appellee counsel)

11. *Friedlander, Matthew D. (Appellant/Cross-Appellee counsel)**

Case Nos. 22-11082 & 22-11392, *Central Baptist Church v. Church Mutual Insurance Co.*

12. Gardner, Leslie Abrams (United States District Court Judge)

13. *Grunenwald, Christopher R. (Appellant/Cross-Appellee counsel)*\*

14. Holland & Knight, LLP (Appellant/Cross-Appellee counsel)

15. King, II, James Lory (Appellee/Cross-Appellant counsel)

16. McWherter, James Brandon (Appellee/Cross-Appellant counsel)

17. McWherter Scott Bobbitt PLC (Appellee/Cross-Appellant counsel)

18. Schmidt, II, Peter H. (Appellant/Cross-Appellee counsel)

19. Scott, Clinton Hondo (Appellee/Cross-Appellant counsel)

20. Taylor, Odachowski, Schmidt & Crossland, LLC (Appellant/Cross-Appellee counsel)

21. The King Firm (Appellee/Cross-Appellant counsel)

22. Thomas, Morrison Waite (Appellant/Cross-Appellee counsel)

23. *Webb Daniel Friedlander LLP (Appellant/Cross-Appellee counsel)*\*

No publicly traded company or corporation has an interest in the outcome of either this Appeal or Cross Appeal.

Case Nos. 22-11082 & 22-11392, *Central Baptist Church v. Church Mutual Insurance Co.*

*\*Amended from original disclosure to include additional interested parties.*

*\*\*~~Removed~~ following withdrawal from the appeal.*

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, the parties hereby stipulate to the voluntary dismissal of the Cross-Appeal of the Plaintiff / Appellee / Cross-Appellant, Central Baptist Church of Albany Georgia, Inc., in the above-captioned case, with each party to bear its own fees and costs as to the Cross-Appeal.

    Respectfully submitted,

    s/ Clinton H. Scott
    CLINTON H. SCOTT
    *Admitted Pro Hac Vice*
    **McWHERTER SCOTT BOBBITT PLC**
    54 Exeter Road, Suite D
    Jackson, Tennessee 38305
    (731) 664-1340
    clint@msb.law

    J. BRANDON McWHERTER
    **McWHERTER SCOTT BOBBITT PLC**
    109 Westpark Drive, Suite 260
    Brentwood, Tennessee 37027
    (615) 354-1144
    brandon@msb.law

    J.L. KING, II
    **THE KING FIRM**
    1603 U.S. Hwy 41 N
    Tifton, Georgia 31794
    (229) 386-1376
    JL@KingTrialLaw.com

    *Attorneys for the Plaintiff / Appellee / Cross-Appellant, Central Baptist Church of Albany Georgia, Inc.*

1

<u>s/ Laurie Webb Daniel (by CHS w/ permission)</u>
Laurie Webb Daniel
**WEBB DANIEL FRIEDLANDER LLP**
75 14th Street NE, Suite 250
Atlanta, Georgia 30309
(404) 795-5088
laurie.daniel@webbdaniel.law

Peter H. Schmidt, II
**TAYLOR, ODACHOWSKI, SCHMIDT & CROSSLAND, LLC**
300 Oak Street, Suite 200
St. Simons Island, GA 31522
(912) 634-0955
pschmidt@tosclaw.com

*Attorneys for the Defendant / Appellant / Cross-Appellee, Church Mutual Insurance Company*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this document complies with the requirements of Fed. R. App. P. 27(d) because it has been prepared in a proportionally spaced typeface using Microsoft Word in a 14-point font and Century Schoolbook typestyle. I further certify that this document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 54 words.

s/ Clinton H. Scott  
CLINTON H. SCOTT

## CERTIFICATE OF SERVICE

I hereby certify that, on July 12, 2024, I electronically filed the foregoing JOINT STIPULATION TO VOLUNTARY DISMISSAL OF CROSS-APPEAL with the Clerk of this Court by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

s/ Clinton H. Scott  
CLINTON H. SCOTT
